[No. 12910-4-I.   Division One.   August 12, 1985.]

GENERAL MOTORS ACCEPTANCE CORPORATION, *Respondent,*
v. WILLIAM A. DUNN, *Defendant,* RYSZARO
MATUSZEWSKI, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 82-2-17554-4, Frank D. Howard, J., entered
March 16, 1983. *Affirmed in part* and *remanded* by
unpublished opinion per Hopp, J. Pro Tem., concurred in
by Coleman and Grosse, JJ.

[No. 14465-1-I.   Division One.   August 12, 1985.]

THE STATE OF WASHINGTON, *Respondent,* v. THOMAS
RAY BELL, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 83-1-03244-6, Robert E. Dixon, J., entered
March 13, 1984. *Affirmed* by unpublished opinion per
Williams, J., concurred in by Grosse and Webster, JJ.

[No. 5339-3-III.   Division Three.   August 15, 1985.]

THE STATE OF WASHINGTON, *Respondent,* v. ALEJO
C. GUERRERO, *Appellant.*

Appeal from a judgment of the Superior Court for
Benton County, No. 82-1-00112-4, Duane E. Taber, J.,
entered July 30, 1982. *Reversed* and *remanded* by
unpublished opinion per Thompson, J., concurred in by
Green, C.J., and Munson, J.